No. 289, Misc. In re Stafford. District Court of Appeal of California, Second Appellate District. Certiorari denied.

No. 296, Misc. Owens v. United States. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin* for the United States.

No. 308, Misc. Shipman v. Randolph, Warden. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 341, Misc. George v. Rhay, Superintendent, Washington State Penitentiary. Supreme Court of Washington. Certiorari denied.

No. 343, Misc. Morgan v. Dickson, Warden. Supreme Court of California. Certiorari denied.

No. 46. Peurifoy et al. v. Commissioner of Internal Revenue, *ante*, p. 59;

No. 295. New Orleans City Park Improvement Association v. Detiege et al., *ante*, p. 54;

No. 308. Mellott et al. v. United States, *ante*, p. 864;

No. 336. Wheeler v. United States, *ante*, p. 873;

No. 352. Beard et ux. v. United States, *ante*, p. 874;

No. 393. Furnish v. Board of Medical Examiners of California, *ante*, p. 882; and

No. 197, Misc. Orr v. Illinois, *ante*, p. 869. Petitions for rehearing denied.